

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00088-CV

**IN THE MATTER OF THE ESTATE OF** Elaine Eisele **ADAMS**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against Appellant Duane Adams.

SIGNED June 2, 2021.

_____
Liza A. Rodriguez, Justice